IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLEXIBLE FUNDING LLC,

    Plaintiff,

v.

IRON MOUNTAIN INFORMATION,

    Defendant.

No. C 05-02082 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE**

    The Court has received and considered the parties joint case management statement. On June 9, 2005, Defendant filed a motion to dismiss. On July 25, 2005, Plaintiff filed an amended complaint, which appears to have rendered moot, in part, Defendant's motion. Defendant's response to the amended complaint is due on August 23, 2005.

    Accordingly, it is HEREBY ORDERED that by August 23, 2005, Defendant shall file its response to Plaintiff's amended complaint. If Defendant intends to renew its motion to dismiss and/or transfer venue, it shall file such motion by that date, and Plaintiff's response to Defendant's motion shall be due fourteen days thereafter. Defendant's reply shall be filed seven calendar days after Plaintiff's opposition is filed. If the Court determines that the matter can be decided on the papers, it will so notify the parties. Otherwise the parties shall appear for hearing on October 7, 2005 at 9:00 a.m.

    It is FURTHER ORDERED that the case management conference is continued to October 7, 2005 at 9:00 a.m., following the hearing on the motion to dismiss. If the Court determines the motion on the papers, the case management conference shall be held on October

1  7, 2005, at 1:30 p.m. If the parties have a dispute relating to initial disclosures in the interim,
2  they shall follow this Court's standing order relating to discovery disputes.
3  **IT IS SO ORDERED.**

5  Dated: August 15, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE